

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN, TEXAS 78711

WAGGONER CARR
ATTORNEY GENERAL

September 29, 1966

Mr. Jess M. Irwin, Jr.
Executive Director, Texas
   Department of Mental Health
   and Mental Retardation
Austin, Texas

Opinion No. C-770

Re: An interagency contract
between the Mental Health
and Mental Retardation
Department or an insti-
tution under its control
and the Texas Education
Agency for the stated
purposes.

Dear Mr. Irwin:

Your request for an opinion reads as follows:

"Pursuant to authority contained in Article IV,
Section 1, H.B. 12, Acts, 59th Legislature, Regular
Session, 1965, (appropriations), the Texas Education
Agency proposes through their Vocational Rehabilitation
Division to make an interagency contract with this De-
partment, or an institution under its control and manage-
ment, whereby they will pay $150.00 per month to the
Department or institution for each mental retardate
under the Department's control and supervision, who
shall be furloughed to a half-way house to be rehabil-
itated to the end that he or she may become self suf-
ficient in open society. The fulfillment of such a
contract would require the Department, or institution,
to rent or lease or possibly accept as a gift from
private sources a facility (usually a large dwelling
house) suitable to house the retardates selected
for rehabilitation. These costs and other necessary
expenses will be borne from the payments made by
the Texas Education Agency.

"Wherefore, your opinion and advice as to the following
question is respectfully requested:

"May this Department, or an institution under
its control and management, enter into such an

-3699-

interagency contract with the Texas Education Agency
for the purpose stated, bearing in mind that such
a contract would require this Department or an
institution under its control and management to:

"(a) Rent, lease or accept as a gift a suit-
able privately owned facility in which to carry on
the rehabilitation program;

"(b) Be fully responsible for the operation,
management and control of the half-way house re-
habilitation activity?"

Monies are specifically appropriated to the Central
Education Agency for vocational rehabilitation by the provisions
of Section 1 of Article IV of H.B. 12, Acts of the 59th Legis-
lature, Regular Session, (General Appropriation Act). Further-
more, the Legislature has made various appropriations to the
Board of Mental Health and Mental Retardation for the care and
treatment of the mental retardate.

Section 2.21 of Article 5547-202, Vernon's Civil
Statutes, an Act creating the Texas Department of Mental Health
and Mental Retardation provides:

"At the request of the Department, all depart-
ments and agencies and all officers and employees
of the state shall cooperate with the Department
in activities consistent with their functions. This
does not require other departments and agencies to
serve the Department in activities inconsistent
with their functions or with the authority of
their offices or with the laws of this state govern-
ing their activities."

Section 3 of Article 4413(32), Vernon's Civil Statutes,
provides in part:

"Any State agency may enter into and perform
a written agreement or contract with other agencies
of the State for furnishing necessary and autho-
rized special or technical services, including the
services of employees, the services of materials,

or the services of equipment."

In view of the foregoing provisions, and in view of the fact that the Central Education Agency and the Texas Department of Mental Health and Mental Retardation have similiar duties relating to the vocational rehabilitation of the mental retardate, it is our opinion that the two agencies have the authority to make and enter into an interagency contract for the purpose of providing facilities necessary to carry out the rehabilitation program as outlined in your request.

### S U M M A R Y

The Central Education Agency and the Mental Health and Mental Retardation Department has the authority to enter into an interagency contract whereby the Texas Education Agency, through their Vocational Rehabilitation Division will pay $150.00 per month to the Texas Department of Mental Health and Mental Retardation for each mental retardate under the Department's control and supervision who shall be furloughed to a half-way house to be rehabilitated in accordance with the rehabilitation program of the Texas Department of Mental Health and Mental Retardation.

Very truly yours,

WAGGONER CARR
Attorney General of Texas

By: *John Reeves*

John Reeves
Assistant Attorney General

JR:mh:ra

APPROVED:
OPINION COMMITTEE

W. V. Geppert, Chairman
Pat Bailey
Malcolm Quick
Roger Tyler
Paul Phy

APPROVED FOR THE ATTORNEY GENERAL
BY:  T. B. Wright